| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PAUL ANDERSON PIPPILLION, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　§　CIVIL ACTION NO. 1:04-CV-764
　　　　　　　　　　　　　　　§
BEAUMONT POLICE DEPARTMENT, §
et al.,　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Paul Anderson Pippillion, an inmate confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against the Beaumont Police Department, the City of Beaumont, the State of Texas, the District Attorney's Office, and the Jefferson County Southeast Texas Drug Laboratory.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e). Additionally, the Magistrate Judge recommends that the exercise of supplemental jurisdiction over any potential state law claim should be declined pursuant to 28 U.S.C. § 1367(c).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available

evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 7th day of November, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE